**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| PAUL RENEAU,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>P. MESSERLI, et al.,<br><br>　　　　　Defendants. | NO. EDCV 12-0525 DDP (SS)<br><br>**ORDER ACCEPTING FINDINGS,<br>CONCLUSIONS, AND RECOMMENDATIONS<br>OF UNITED STATES MAGISTRATE JUDGE** |

　　　Pursuant to 28 U.S.C. § 636, the Court has reviewed the Complaint in the above-captioned matter, all the records and files herein, and the Report and Recommendation of the United States Magistrate Judge. The time for filing Objections to the Report and Recommendation has passed and no Objections have been received. Accordingly, the Court accepts and adopts the findings, conclusions and recommendations of the Magistrate Judge.

　　　**IT IS ORDERED** that Judgment shall be entered dismissing this action without prejudice.

\\

\\

**IT IS FURTHER ORDERED** that the Clerk serve copies of this Order and the Judgment herein on Plaintiff at his current address of record.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

DATED: January 31, 2013

_____
DEAN D. PREGERSON
UNITED STATES DISTRICT JUDGE