**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| PAUL RENEAU, | ) | NO. EDCV 12-0525 DDP (SS) |
| Plaintiff, | ) | |
| v. | ) | **JUDGMENT** |
| P. MESSERLI, et al., | ) | |
| Defendants. | ) | |

Pursuant to the Court's Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that the above-captioned action is dismissed without prejudice.

DATED: January 31, 2013

_____
DEAN D. PREGERSON
UNITED STATES DISTRICT JUDGE